UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOEL DEAN | CIVIL ACTION |
| VERSUS | NO: 08-1644 |
| HOWARD PRINCE, WARDEN | SECTION: R |

### ORDER

Before the Court are Noel Dean's Petition for a Writ of Habeas Corpus (R. Doc. 1) and his objections (R. Doc. 13) to the Magistrate Judge's Report and Recommendation that the petition be denied with prejudice (R. Doc. 12). The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

Noel Dean's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  25th  day of March, 2010.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**